**FORM 1**
Page: 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case Number:** 15-56978 CC
**Case Name:** Marilyn G. Arnason
Jon T. Arnason
**Period Ending:** 12/08/15

**Trustee:** Larry J. McClatchey
**Filed (f) or Converted (c):** 10/29/15 (f)
**§341(a) Meeting Date:** 11/24/15
**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7732 Crawley Dr., Dublin, OH 43017 | 330,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Huntington Banks - Primary Checking | 232.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account: Huntington Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account: Huntington Bank | 100.78 | 0.00 | | 0.00 | FA |
| 5 | Savings Account: Savings Location: Huntington Bank | 732.00 | 0.00 | | 0.00 | FA |
| 6 | Savings Account: SavingsLocation: Ally Bank | 35.00 | 0.00 | | 0.00 | FA |
| 7 | Furniture: 2 bedroom sets 2 twin beds w/nightstand 1 queen bed w/nightstand and dresser 1 dining table/chairs2 sofas Digital Piano | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Appliances: Refrigerator Stove Dishwasher Microwave Blender CrockPot Coffee Maker Toaster Oven | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Household: Kitchenware Household goods | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Audio-Video: Plasma TV2 home theater receivers speakers 2 DVD players | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Office: Mac Pro computer HP Laptop Desk Epson inkjet printer Epson flatbed scanner Shreader | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Books-Music: CDs, DVDs, Books | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Clothes: Attire for Self Attire for Spouse Attire for Son | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Jewelry: 2 Wedding bands 1 Engagement Ring Gold necklace 2 bracelets Family heirlooms (2) | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Sports-Hobby: Digital Camera 2 Camera Lenses Tripod | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Insurance: Farmers Universal Life - $300000 policy Location: Farmers Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Insurance: Farmers Variable Life policy - $110000 coverage Location: Farmers Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Retirement: Ohio State ARP - 403b Location: TIAA-CREF | 187,302.46 | 0.00 | | 0.00 | FA |
| 19 | 2013 Honda Accord Sport 37000 miles | 16,064.00 | 0.00 | | 0.00 | FA |

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case Number:** 15-56978 CC  **Trustee:** Larry J. McClatchey
**Case Name:** Marilyn G. Arnason  **Filed (f) or Converted (c):** 10/29/15 (f)
Jon T. Arnason  **§341(a) Meeting Date:** 11/24/15
**Period Ending:** 12/08/15  **Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | 2003 Honda Civic Mileage 246000 | 1,850.00 | 0.00 | | 0.00 | FA |
| 21 | 2013 Ford Focus (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Tax Refunds (u) | 0.00 | 6,300.00 | | 0.00 | 6,300.00 |
| 23 | Marily Arnason Consulting (u) | 0.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$540,626.24** | **$6,300.00** | | **$0.00** | **$6,300.00** |

**Major activities affecting case closing:**
REPORT NO. 1: Trustee is seeking turnover of tax refund checks.

**Initial Projected Date of Final Report (TFR):** September 30, 2016   **Current Projected Date of Final Report (TFR):** September 30, 2016

_____December 08, 2015_____   /s/ Larry J. McClatchey
Date   Larry J. McClatchey