**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-56978 |
| | : | |
| Jon T. Arnason | : | Chapter 13 |
| Marilyn G. Arnason | : | |
| | : | Judge Caldwell |
| Debtors. | : | |

### **Appraisal**

Now comes the debtors, by and through counsel, and hereby submits the following Appraisal for the real property in the above matter located at 7732 Crawley Drive, Dublin, Ohio establishing an estimated value of $314, 000.

          Respectfully submitted,

/s/ Gregory S. DuPont
Gregory S. DuPont (#0059351)
Gregory S. DuPont Attorney at Law, Ltd.
  655 Metro Place South, Ste 600
Dublin, OH 43017
614.408.0529 Phone
866.465.1924 Facsimile
greg@gsdupont.com
Attorney for Debtor

Thomas Millican & Associates, Inc.

P.O. Box 20003

Columbus, Ohio 43220

(614)457-3034

Entered Home: No   on 06/22/2016        Date: 06/28/2016    Appraised by: Thomas L. Millican

Fair Market Values as of this date $314,000.00 CONVENTIONAL Price

Owner: Arnason, Jon & Marilyn                                    Bankruptcy # 15-56978

Address: 7732 Crawley Drive

Dublin, Oh 43017                                                  Approximate Age: 1991

Style: 2 story                          Construction: brick & stucco

Bedrooms: 4          Baths: 2.5         Family Room: yes         Fireplace: yes

Type Heating: gas f/a                   A/C: central    Humidifier:    Electric Service: c/b

Garage: 2 car        Driveway: concrete     Patio: deck           Landscaping: average

Basement: yes        Rec. Room:              Utility Room:                    Fence: no

Entry: no            Living Room: yes                 Dining Room: yes

Kitchen: eating space               Windows:                      Roof: composition

Flooring:

GENERAL CONDITION AS APPRAISED    Interior: Not Entered         Exterior: Excellent

COMPARABLE PROPERTIES

| Address | Type | Bdrm | Baths | Gar | Bsmt | Sold | Date |
|---|---|---|---|---|---|---|---|
| 7706 Aldridge Place | 2 sty | 4 | 2.5 | 2 | partial | $311,900(CON) | 03/25/2016 |
| 7681 Brandbury Place | 2 sty | 4 | 2.5 | 3 | partial | $330,000(CON) | 08/15/2015 |
| 7651 Wallsend Court | 2 sty | 4 | 3.5 | 2 | partial | $330,000(CON) | 09/08/2015 |

REMARKS:

Information estimates furnished to the appraiser were obtained from sources considered reliable, believed to be true and correct. However, no responsibility can be taken for their accuracy.