**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: August 19, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-56978 |
| | : | |
| Marilyn G. Arnason  and | : | Chapter 13 |
| Jon T. Arnason | : | |
| | : | Judge Caldwell |
| Debtors. | : | |

### AGREED ORDER GRANTING DEBTORS MOTION FOR AUTHORITY TO SELL REAL ESTATE    (Doc No. 77)

　　　　Upon Debtors' Motion to for Authority to Sell Real Estate (Document Number 77).  The Court finds that all necessary parties have been served.  Only The Huntington National Bank filed a Response to the Motion which was resolved by Agreed Order.  All other creditors and have failed to respond as required by rule.  The Court further finds the Motion to be well taken and therefore SUSTAINS the Motion to for Authority to Sell Real Estate.

**IT IS SO ORDERED**

Submitted and Approved by

*/s/Gregory S. DuPont*
Gregory S DuPont (0059351)
Gregory S. DuPont Attorney at Law, Ltd
655 Metro Place South
Suite 600
Dublin, OH 43017
6144080529
Fax : 8664651924
Email: greg@gsdupont.com

/s/ Christopher P. Kennedy
Carlisle, McNellie, Rini, Kramer & Ulrich,
Co., L.P.A.
By:  Phyllis A. Ulrich (0055291)
Christopher P. Kennedy (0074648)
24755 Chagrin Blvd., Suite 200
Cleveland, OH 44122-5690
(216) 360-7200 Phone
(216) 360-7212 Facsimile
bankruptcy@carlisle-law.com
Attorneys for Movant:
The Huntington National Bank


/s/ Frank M. Pees
Frank M Pees
Chapter 13 Trustee
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
(614) 436-6700

cc:
Copies to: Default list


###