# United States Bankruptcy Court
## Southern District of Ohio

In re  Marilyn G Arnason
      Jon T Arnason
      
                                    Debtor(s)

Case No.  2:15-bk-56978
Chapter   13

## Notice of Change of Address

Debtor's Social Security Number:           xxx-xx-5649

Joint Debtor's Social Security Number:  xxx-xx-3807

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                Marilyn G Arnason and Jon T Arnason

Street:              7732 Crawley Drive

City, State and Zip: Dublin, OH 43017

Telephone #:

**Please be advised that effective   9/1   , 20 16   ,
my (our) new mailing address and telephone number is:**

Name:                Marilyn G Arnason

Street:              3705 Preserve Crossing Blvd

City, State and Zip: Columbus, Ohio 43230

Telephone #:

Name:                Jon T Arnason

Street:              PO Box 3308

City, State and Zip: Dublin, Ohio 43016


                                            /s/ Marilyn G Arnason
                                            Marilyn G Arnason
                                            Debtor

                                            /s/ Jon T Arnason
                                            Jon T Arnason
                                            Joint Debtor