# United States Bankruptcy Court
## Southern District of Ohio

In re: Marilyn G Arnason
Jon T Arnason
Debtor(s)

Case No. 2:15-bk-56978
Chapter 13

## Notice of Change of Address

Debtor's Social Security Number:      xxx-xx-5649

Joint Debtor's Social Security Number:   xxx-xx-3807

**My (Our) Former Mailing Address and Telephone Number was:**

Name:          Marilyn G Arnason and Jon T Arnason

Street:         7732 Crawley Drive

City, State and Zip:   Dublin, OH 43017

Telephone #:

**Please be advised that effective  11/1 , 20 16 ,
my (our) new mailing address and telephone number is:**

Name:          Jon T Arnason

Street:         125 W. Wilson Bridge Rd, Unit 105

City, State and Zip:   Worthington, Ohio 43085

/s/ Marilyn G Arnason
Marilyn G Arnason
Debtor

/s/ Jon T Arnason
Jon T Arnason
Joint Debtor